Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  15–19475–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Carla R. Gregg
    22 Montrose Lane
    Willingboro, NJ 08046

Social Security No.:
    xxx–xx–8155

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:        1/12/17
Time:        02:30 PM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Thomas J. Orr

COMMISSION OR FEES
Fees: $1,200.00

EXPENSES
0

---

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: November 28, 2016
JJW:

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-19475-KCF
Carla R. Gregg                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Nov 28, 2016
                             Form ID: 137          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2016.
```
db             +Carla R. Gregg,     22 Montrose Lane,    Willingboro, NJ 08046-2804
cr            ++CREDIT ACCEPTANCE CORPORATION,     25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance Corporation,     25505 West 12 Mile Road,
               Southfield, MI  48034)
515522262      +Central Credit Services, Inc.,     20 Corporate Hills Drive,    St. Charles, MO 63301-3749
515522263       City Select Auto Sales,    4375-A Route 130,    Burlington, NJ  08016
515522264      +Credit Acceptance,     Attn: Bankruptcy Dept.,     25505 West 12 Mile Road, Suite 3000,
               Southfield, MI 48034-8331
515522266      +Damaris Bonilla,     32 Midfield Lane,    Willingboro, NJ 08046-2944
515522267       EOS CCA,    700 Longwater Dr,    Norwell, MA  02061-1624
515522269      +First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
515522270       GB Collects, LlC,    145 Bradford Drive,    West Berlin, NJ  08091-9269
515522272      +JC Ehrlich Pest Control,    1125 Berkshire Blvd., Suite 150,    Reading, PA 19610-1218
515522274      +Mercantile Adjustment Bureau,    PO Box 9054,    Williamsville, NY 14231-9054
515572000       Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
               Warren, MI 48090-2011
515522276      +Mount Laurel Township EMS,    Cape Medical Billing,    PO Box 670,
               Cape May Court House, NJ 08210-0670
515522277       PSE&G,    PO Box 14444,    New Brunswick, NJ  08906-4444
515522278      +QAR Debt Collection,    PO Box 239,    Gibbsboro, NJ  08026-0239
515611546      +Saul B. Walker,    5326 Westminster Avenue,    Philadelphia, PA 19131-5012
515522279       Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT  84165-0250
515739216      #+Select Portfolio Servicing, Inc.,    3815 South West Temple,    Salt Lake city, UT 84115-4412
515522280      +Sklar Law, LLC,    1200 Laurel Oak Road,    Suite 102,    Voorhees, NJ 08043-4317
515522281      +Techbiz Solutions, Inc.,    1662 E. 24th Street,    Brooklyn, NY 11229-2402
515522282      +Township Of Willingboro,    1 Rev. Dr. M. L. King, Jr. Drive,    Willingboro, NJ 08046-2853
515831167       U.S. Bank N.A., as trustee, on behalf of the hold,    Select Portfolio Servicing Inc,
               POB 65250,    Salt Lake City, UT 84165-0250
515522283      +Verizon Wireless,    455 Duke Drive,    Franklin, TN 37067-2701
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 28 2016 22:42:00     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 28 2016 22:41:57     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515541408       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2016 22:43:42
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK  73124-8848
515641726       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2016 22:43:42
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
515631273      +E-mail/Text: bankruptcy@cavps.com Nov 28 2016 22:42:20     Cavalry SPV II, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515522265       E-mail/Text: creditonebknotifications@resurgent.com Nov 28 2016 22:41:25     Credit One Bank,
               P.O. Box 98873,    Las Vegas, NV  89193-8873
515522268       E-mail/Text: data_processing@fin-rec.com Nov 28 2016 22:41:46
               Financial Recovery Services, Inc.,    PO Box 385908,    Minneapolis, MN  55438-5908
515522271      +E-mail/PDF: gecsedi@recoverycorp.com Nov 29 2016 02:07:08     General Electric Capital,
               901 Main Avenue,    Norwalk, CT 06851-1168
515522273       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2016 22:36:21     LVNV Funding, LLC,
               PO Box 10497,    Greenville, SC  29603-0497
515522275      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 28 2016 22:41:56     Midland Credit Management,
               8875 Aero Dr, Suite 200,    San Diego, CA 92123-2255
515723496      +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 28 2016 22:42:11     Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                          TOTAL: 11
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank N.A., as trustee, on behalf of the holde
515522284      ##+Web Bank,    215 S. State Street, Suite 800,    Salt Lake City, UT 84111-2339
                                                                          TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3        User: admin              Page 2 of 2            Date Rcvd: Nov 28, 2016
                           Form ID: 137              Total Noticed: 34
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

```
Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2016 at the address(es) listed below:
            Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
            Albert  Russo   docs@russotrustee.com
            Andrew M. Lubin   on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing agent for
             U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition
             Corp. 2006-FRE1 Asset Backed Pass-Through Certifica bkecf@milsteadlaw.com,
             alubin@milsteadlaw.com
            Denise E. Carlon   on behalf of Creditor   U.S. Bank N.A., et al dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            John R. Morton, Jr.   on behalf of Creditor   Credit Acceptance Corporation
             mortonlaw.bcraig@verizon.net,  donna1@mortoncraig.com;mhazlett@mortoncraig.com
            Sean M. O'Brien   on behalf of Creditor   U.S. Bank N.A., as trustee, on behalf of the holders of
             the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certificates,
             Series 2006-FRE1 sobrien@flwlaw.com
            Thomas J Orr   on behalf of Debtor Carla R. Gregg tom@torrlaw.com,  xerna@aol.com
                                                                                    TOTAL: 7
```