Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                            Case No.: 15−19475−KCF  
                            Chapter: 13  
                            Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Carla R. Gregg  
   22 Montrose Lane  
   Willingboro, NJ 08046

Social Security No.:  
   xxx−xx−8155

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on August 7, 2015.

    On November 26, 2016 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:                January 11, 2017  
Time:               10:00 AM  
Location:          Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 28, 2016  
JJW: mrg

                                                                                       James J. Waldron  
                                                                                        Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 15-19475-KCF
Carla R. Gregg                                                Chapter 13
           Debtor              CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2            Date Rcvd: Nov 28, 2016
                             Form ID: 185             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2016.
db            +Carla R. Gregg,    22 Montrose Lane,    Willingboro, NJ 08046-2804
cr           ++CREDIT ACCEPTANCE CORPORATION,     25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance Corporation,     25505 West 12 Mile Road,
               Southfield, MI    48034)
515522262     +Central Credit Services, Inc.,    20 Corporate Hills Drive,    St. Charles, MO 63301-3749
515522263      City Select Auto Sales,    4375-A Route 130,    Burlington, NJ 08016
515522264     +Credit Acceptance,    Attn: Bankruptcy Dept.,    25505 West 12 Mile Road, Suite 3000,
               Southfield, MI 48034-8331
515522266     +Damaris Bonilla,    32 Midfield Lane,    Willingboro, NJ 08046-2944
515522267      EOS CCA,   700 Longwater Dr,    Norwell, MA 02061-1624
515522269     +First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
515522270      GB Collects, LlC,    145 Bradford Drive,    West Berlin, NJ 08091-9269
515522272     +JC Ehrlich Pest Control,    1125 Berkshire Blvd., Suite 150,    Reading, PA 19610-1218
515522274     +Mercantile Adjustment Bureau,    PO Box 9054,    Williamsville, NY 14231-9054
515572000     +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
               Warren, MI 48090-2011
515522276     +Mount Laurel Township EMS,    Cape Medical Billing,    PO Box 670,
               Cape May Court House, NJ 08210-0670
515522277      PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444
515522278      QAR Debt Collection,    PO Box 239,   Gibbsboro, NJ 08026-0239
515611546     +Saul B. Walker,    5326 Westminster Avenue,    Philadelphia, PA 19131-5012
515522279      Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
515739216    #+Select Portfolio Servicing, Inc.,    3815 South West Temple,    Salt Lake city, UT 84115-4412
515522280     +Sklar Law, LLC,    1200 Laurel Oak Road,    Suite 102,   Voorhees, NJ 08043-4317
515522281     +Techbiz Solutions, Inc.,    1662 E. 24th Street,    Brooklyn, NY 11229-2402
515522282     +Township Of Willingboro,    1 Rev. Dr. M. L. King, Jr. Drive,    Willingboro, NJ 08046-2853
515831167      U.S. Bank N.A., as trustee, on behalf of the hold,     Select Portfolio Servicing Inc,
               POB 65250,   Salt Lake City, UT 84165-0250
515522283     +Verizon Wireless,    455 Duke Drive,    Franklin, TN 37067-2701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 28 2016 22:42:00      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 28 2016 22:41:58      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515541408      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2016 22:43:47
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK 73124-8848
515641726      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2016 22:43:36
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK 73124-8838
515631273     +E-mail/Text: bankruptcy@cavps.com Nov 28 2016 22:42:21      Cavalry SPV II, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515522265      E-mail/Text: creditonebknotifications@resurgent.com Nov 28 2016 22:41:25      Credit One Bank,
               P.O. Box 98873,   Las Vegas, NV 89193-8873
515522268      E-mail/Text: data_processing@fin-rec.com Nov 28 2016 22:41:46
               Financial Recovery Services, Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
515522271     +E-mail/PDF: gecsedi@recoverycorp Nov 29 2016 02:07:08      General Electric Capital,
               901 Main Avenue,    Norwalk, CT 06851-1168
515522273      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2016 22:35:46      LVNV Funding, LLC,
               PO Box 10497,    Greenville, SC 29603-0497
515522275     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 28 2016 22:41:56      Midland Credit Management,
               8875 Aero Dr, Suite 200,    San Diego, CA 92123-2255
515723496     +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 28 2016 22:42:12      Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S. Bank N.A., as trustee, on behalf of the holde
515522284    ##+Web Bank,    215 S. State Street, Suite 800,    Salt Lake City, UT 84111-2339
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 28, 2016
                              Form ID: 185             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2016 at the address(es) listed below:

         Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
         Albert    Russo     docs@russotrustee.com
         Andrew M. Lubin     on behalf of Creditor     Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certifica bkecf@milsteadlaw.com, alubin@milsteadlaw.com
         Denise E. Carlon     on behalf of Creditor    U.S. Bank N.A., et al dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
         Sean M. O'Brien     on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certificates, Series 2006-FRE1 sobrien@flwlaw.com
         Thomas J Orr    on behalf of Debtor Carla R. Gregg tom@torrlaw.com,  xerna@aol.com

                                                                                                                            TOTAL: 7