Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Carla Gregg

Case No.: _____15-19475_____

Judge: _____KCF_____

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original   ☒ Modified/Notice Required   ☒ Discharge Sought

☐ Motions Included   ☐ Modified/No Notice Required   ☐ No Discharge Sought

Date: ___November 26, 2016___

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| **Part 1:    Payment and Length of Plan** |
|---|
| a.  The debtor shall pay $ ____1,300____ per ____month____ to the Chapter 13 Trustee, starting on ____December 1, 2016____ for approximately ____24____ months. <br><br> b.  The debtor shall make plan payments to the Trustee from the following sources: <br><br>  ☒  Future earnings <br><br>  ☒  Other sources of funding (describe source, amount and date when funds are available): <br>  followed by $1,780 a month starting December 2018 for 18 months when car payment ends |

1

    c. Use of real property to satisfy plan obligations:

      ☐ Sale of real property
        Description:

        Proposed date for completion: _____

      ☐ Refinance of real property:
        Description:
        Proposed date for completion: _____

      ☐ Loan modification with respect to mortgage encumbering property:
        Description:
        Proposed date for completion: _____

    d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. ☒ Other information that may be important relating to the payment and length of plan:
        $16,825 paid to date

**Part 2:    Adequate Protection**

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____1,393_____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____SPS and Credit Acceptance_____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Thomas J. Orr | Administrative | $1,200 (subject to a fee application about to be filed) |
| Willigboro Township | Priority Real Estate Taxes | $2,500 |

**Part 4:    Secured Claims**

    **a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Select Portfolio Servicing, Inc. | 32 Midfield | $13,206.31 | 0 | $13,206.31 | $881.00 |
| Techbiz Solutions, Inc. | 22 Montrose | $34,275.52 | 0 | $34,275.52 | None |
| Credit Acceptance | 2008 Jeep Liberty | $639.02 | 0 | $639.02 | $387.00 |
| Credit Acceptance | 2008 Jeep Liberty | $526.00 | 0 | $526.00 | None |

### b. Modification

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| None | | | |

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:

**e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| None | | |

## Part 5: Unsecured Claims

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than _____100_____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| None | | | |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| Damaris Bonilla | Residential Lease | Assumed |

**Part 7:   Motions**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a.  **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

    b.  **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| None | | |

    c.  **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

Case 15-19475-KCF    Doc 59    Filed 11/30/16    Entered 12/01/16 00:39:48    Desc Imaged
Certificate of Notice    Page 6 of 9

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| None | | | |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions
2) Administration
3) Secured
4) Priority followed by unsecured

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____May 19, 2015_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| to account for an amended secured proof of claim filed by Techbiz Solutions, Inc. on September 2, 2016 for $34, 716.17 which is $8,738.83 higher than the original claim of $25,977.34 | trustee payments increased from $1,115 per month to $1,300 per month for 24 months and $1,780 per month for 18 months to allow for higher proof of claim and also for debtor's counsel fees, subject to an application that is about to be filed |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

| **Part 10:** | **Sign Here** |
| --- | --- |

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: November 26, 2016                                  /s/Thomas J. Orr
                                                         Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: November 26, 2016                                  /s/Carla R. Gregg
                                                         Debtor

Date: _____                             _____
                                                         Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Carla R. Gregg  
　　　　Debtor

Case No. 15-19475-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　User: admin　　　　Page 1 of 2　　　　Date Rcvd: Nov 28, 2016  
　　　　　　　　　　　　　　Form ID: pdf901　　　　Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2016.

```
db             +Carla R. Gregg,    22 Montrose Lane,    Willingboro, NJ 08046-2804
cr             ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,    25505 West 12 Mile Road,
                  Southfield, MI  48034)
515522262      +Central Credit Services, Inc.,    20 Corporate Hills Drive,    St. Charles, MO 63301-3749
515522263       City Select Auto Sales,    4375-A Route 130,    Burlington, NJ  08016
515522264      +Credit Acceptance,    Attn: Bankruptcy Dept.,    25505 West 12 Mile Road, Suite 3000,
                  Southfield, MI 48034-8331
515522266      +Damaris Bonilla,    32 Midfield Lane,    Willingboro, NJ 08046-2944
515522267       EOS CCA,    700 Longwater Dr,    Norwell, MA  02061-1624
515522269      +First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
515522270       GB Collects, LlC,    145 Bradford Drive,    West Berlin, NJ  08091-9269
515522272      +JC Ehrlich Pest Control,    1125 Berkshire Blvd., Suite 150,    Reading, PA 19610-1218
515522274      +Mercantile Adjustment Bureau,    PO Box 9054,    Williamsville, NY 14231-9054
515572000      +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                  Warren, MI 48090-2011
515522276      +Mount Laurel Township EMS,    Cape Medical Billing,    PO Box 670,
                  Cape May Court House, NJ 08210-0670
515522277       PSE&G,    PO Box 14444,    New Brunswick, NJ  08906-4444
515522278       QAR Debt Collection,    PO Box 239,    Gibbsboro, NJ  08026-0239
515611546      +Saul B. Walker,    5326 Westminster Avenue,    Philadelphia, PA 19131-5012
515522279       Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT  84165-0250
515739216      #+Select Portfolio Servicing, Inc.,    3815 South West Temple,    Salt Lake city, UT 84115-4412
515522280      +Sklar Law, LLC,    1200 Laurel Oak Road,    Suite 102,    Voorhees, NJ 08043-4317
515522281      +Techbiz Solutions, Inc.,    1662 E. 24th Street,    Brooklyn, NY 11229-2402
515522282      +Township Of Willingboro,    1 Rev. Dr. M. L. King, Jr. Drive,    Willingboro, NJ 08046-2853
515831167       U.S. Bank N.A., as trustee, on behalf of the hold,    Select Portfolio Servicing Inc,
                  POB 65250,    Salt Lake City, UT 84165-0250
515522283      +Verizon Wireless,    455 Duke Drive,    Franklin, TN 37067-2701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 28 2016 22:42:00      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 28 2016 22:41:57      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
515541408       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2016 22:43:42
                  American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                  Oklahoma City, OK  73124-8848
515641726       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2016 22:43:47
                  American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                  Oklahoma City, OK  73124-8838
515631273      +E-mail/Text: bankruptcy@cavps.com Nov 28 2016 22:42:19      Cavalry SPV II, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515522265       E-mail/Text: creditonebknotifications@resurgent.com Nov 28 2016 22:41:25      Credit One Bank,
                  P.O. Box 98873,    Las Vegas, NV  89193-8873
515522268       E-mail/Text: data_processing@fin-rec.com Nov 28 2016 22:41:46
                  Financial Recovery Services, Inc.,    PO Box 385908,    Minneapolis, MN  55438-5908
515522271      +E-mail/PDF: gecsedi@recoverycorp.com Nov 29 2016 02:07:08      General Electric Capital,
                  901 Main Avenue,    Norwalk, CT 06851-1168
515522273       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2016 22:36:07      LVNV Funding, LLC,
                  PO Box 10497,    Greenville, SC  29603-0497
515522275      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 28 2016 22:41:56      Midland Credit Management,
                  8875 Aero Dr, Suite 200,    San Diego, CA 92123-2255
515723496      +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 28 2016 22:42:11      Premier Bankcard, Llc,
                  c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                               TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank N.A., as trustee, on behalf of the holde
515522284     ##+Web Bank,    215 S. State Street, Suite 800,    Salt Lake City, UT 84111-2339
                                                                                  TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0312-3               User: admin                  Page 2 of 2                   Date Rcvd: Nov 28, 2016
                                   Form ID: pdf901              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2016 at the address(es) listed below:

      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certifica bkecf@milsteadlaw.com, alubin@milsteadlaw.com
      Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., et al dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
      Sean M. O'Brien    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certificates, Series 2006-FRE1 sobrien@flwlaw.com
      Thomas J Orr    on behalf of Debtor Carla R. Gregg tom@torrlaw.com,   xerna@aol.com

                                                                                                                                                                                                  TOTAL: 7