Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 15−19475−KCF
          Chapter: 13
          Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carla R. Gregg
   22 Montrose Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−8155

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/25/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 25, 2018
JAN: bwj

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-19475-KCF
Carla R. Gregg                                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Oct 25, 2018
                              Form ID: 148             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
db          +Carla R. Gregg,   22 Montrose Lane,   Willingboro, NJ  08046-2804
cr         ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
             (address filed with court: Credit Acceptance Corporation,   25505 West 12 Mile Road,
               Southfield, MI  48034)
515522263    City Select Auto Sales,   4375-A Route 130,   Burlington, NJ  08016
515522264   +Credit Acceptance,   Attn: Bankruptcy Dept.,   25505 West 12 Mile Road, Suite 3000,
              Southfield, MI 48034-8331
515522266   +Damaris Bonilla,   32 Midfield Lane,   Willingboro, NJ  08046-2944
515522267    EOS CCA,   700 Longwater Dr,   Norwell, MA  02061-1624
515522272   +JC Ehrlich Pest Control,   1125 Berkshire Blvd., Suite 150,   Reading, PA 19610-1218
515522274   +Mercantile Adjustment Bureau,   PO Box 9054,   Williamsville, NY 14231-9054
515522276   +Mount Laurel Township EMS,   Cape Medical Billing,   PO Box 670,
              Cape May Court House, NJ 08210-0670
515522277    PSE&G,   PO Box 14444,   New Brunswick, NJ  08906-4444
515522278    QAR Debt Collection,   PO Box 239,   Gibbsboro, NJ  08026-0239
515611546   +Saul B. Walker,   5326 Westminster Avenue,   Philadelphia, PA 19131-5012
515522280   +Sklar Law, LLC,   1200 Laurel Oak Road, Suite 102,   Voorhees, NJ 08043-4317
517560533   +Techbiz Solutions Inc.,   1662 East 24 St.,   Brooklyn, NY 11229-2402
515522281   +Techbiz Solutions, Inc.,   1662 E. 24th Street,   Brooklyn, NY 11229-2402
515522282   +Township Of Willingboro,   1 Rev. Dr. M. L. King, Jr. Drive,   Willingboro, NJ 08046-2853
515831167    U.S. Bank N.A., as trustee, on behalf of the hold,   Select Portfolio Servicing Inc,   POB 6352,
              Fargo, ND  58125-6352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2018 23:08:46    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2018 23:08:41     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
515541408    EDI: AIS.COM Oct 26 2018 02:23:00    American InfoSource LP as agent for,
              T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK  73124-8848
515641726    EDI: AIS.COM Oct 26 2018 02:23:00    American InfoSource LP as agent for,   Verizon,
              PO Box 248838,   Oklahoma City, OK  73124-8838
515631273   +E-mail/Text: bankruptcy@cavps.com Oct 25 2018 23:09:02    Cavalry SPV II, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
515522265    EDI: RCSFNBMARIN.COM Oct 26 2018 02:23:00    Credit One Bank,   P.O. Box 98873,
              Las Vegas, NV  89193-8873
515522268    E-mail/Text: data_processing@fin-rec.com Oct 25 2018 23:08:12
              Financial Recovery Services, Inc.,   PO Box 385908,   Minneapolis, MN  55438-5908
515522269   +EDI: AMINFOFP.COM Oct 26 2018 02:23:00    First Premier Bank,   PO Box 5524,
              Sioux Falls, SD 57117-5524
515522271   +EDI: RMSC.COM Oct 26 2018 02:23:00    General Electric Capital,   901 Main Avenue,
              Norwalk, CT 06851-1168
515522273    EDI: RESURGENT.COM Oct 26 2018 02:23:00    LVNV Funding, LLC,   PO Box 10497,
              Greenville, SC  29603-0497
515522275   +EDI: MID8.COM Oct 26 2018 02:23:00    Midland Credit Management,   8875 Aero Dr, Suite 200,
              San Diego, CA 92123-2255
515572000   +EDI: MID8.COM Oct 26 2018 02:23:00    Midland Credit Management, Inc. as agent for,
              MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
515723496   +EDI: JEFFERSONCAP.COM Oct 26 2018 02:23:00    Premier Bankcard, Llc,
              c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
515522279    E-mail/Text: jennifer.chacon@spservicing.com Oct 25 2018 23:09:45
              Select Portfolio Servicing,   PO Box 65250,   Salt Lake City, UT  84165-0250
515522283   +EDI: VERIZONCOMB.COM Oct 26 2018 02:23:00    Verizon Wireless,   455 Duke Drive,
              Franklin, TN 37067-2701
515522284    EDI: BLUESTEM Oct 26 2018 02:23:00    Web Bank,   215 S. State Street, Suite 1000,
              Salt Lake City, UT  84111-2336
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515522262    ##+Central Credit Services, Inc.,   20 Corporate Hills Drive,   St. Charles, MO 63301-3749
515522270    ##GB Collects, LlC,   145 Bradford Drive,   West Berlin, NJ  08091-9269
515739216    ##+Select Portfolio Servicing, Inc.,   3815 South West Temple,   Salt Lake city, UT 84115-4412
                                                                                   TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 25, 2018
                              Form ID: 148             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
           U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition
           Corp. 2006-FRE1 Asset Backed Pass-Through Certifica bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Brian C. Nicholas     on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
           of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset BackedPass-Through Certificates,
           Series 2006-FRE1 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Denise E. Carlon     on behalf of Creditor    U.S. Bank N.A., et al dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon     on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
           of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certificates,
           Series 2006-FRE1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Rebecca Ann Solarz     on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
           of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset BackedPass-Through Certificates,
           Series 2006-FRE1 rsolarz@kmllawgroup.com
          Rebecca Ann Solarz     on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
           of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certificates,
           Series 2006-FRE1 rsolarz@kmllawgroup.com
          Rebecca Ann Solarz     on behalf of Creditor    U.S. Bank N.A., et al rsolarz@kmllawgroup.com
          Sean M. O'Brien    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders of
           the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certificates,
           Series 2006-FRE1 sobrien@flwlaw.com
          Thomas J Orr    on behalf of Debtor Carla R. Gregg tom@torrlaw.com,    xerna@aol.com
                                                                                             TOTAL: 12
```