Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

           Case No.:  15−19475−KCF
           Chapter:  13
           Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carla R. Gregg
   22 Montrose Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−8155

Employer's Tax I.D. No.:

---

**FINAL DECREE**

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>March 11, 2019</u>           <u>Kathryn C. Ferguson</u>
                                    Judge, United States Bankruptcy Court